# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to:*

## Michael Poindexter

*For dedication to education and completing:*

### AutoCad Vocational Training

*Given this 30th day of June, 2004*

_____
Dennis Flatt, *Supervisor of Education*

_____
Rusty Ransom, *Vocational Training Coordinator*

**DEFENDANT'S EXHIBIT B**

# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to:*

## Michael Poindexter

*For dedication to education and completing:*

## Horticulture Vocational Training

*Given this 25th day of October, 2005*

_____
Dennis Flatt, Supervisor of Education

_____
Robert S. Hart, Horticulture V.T. Instructor

# Certificate

**Michael Poindexter**

has successfully completed the

*Lift Truck Safety Course*



Company Name: **F.C.I. McKean**

Company Representative: **Stephen E. Housler, Safety Mng.**

Instructor: **Jason Tessena**

Type of Equipment: **Powered Industrial Trucks**

Date of Completion: **July 24, 2007**

Electric Motor Counterbalance Riding Cushion Tire, Sit down

Electric Motor Narrow Aisle Reach Truck

Electric Motor Narrow Aisle Order Picker

Low Lift Walkie/ Center Control Rider Pallet and End control

Low Lift Walkie/ Rider Pallet and End Control

Low Lift Walkie/ Center Control

Tow Tractor

Internal Combustion Counterbalance Cushion Tire

Internal Combustion Counterbalance Pneumatic Tire

# ~ Certificate of Achievement ~

This certifies that

**Michael Poindexter**

Has satisfactorily completed

**Recreation Assistants Class**

Consisting of __7__ Hours of Training

This certificate is hereby issued this __15__ day of __May__, 2003

_____
D. Flatt, Recreation Supervisor

_____
D. Boyer, Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to:*

## Michael Poindexter

For satisfactorily completing:
**FIVE POINTS TO FOOD SAFETY**
Consisting of 20 Hours of instruction.

Given on this day of: July 29, 2004

Mike Flowers, Culinary VT Instructor

Dennis Flatt, Supervisor of Education






Continuing Education

Michael A. Poindexter
P. O. Box 5000
Attn: Safety Office
Bradford PA 16701

November 07, 2007

Congratulations! You have successfully completed the Purdue *Pest Management Technology 6th Edition*. Your Certificate of Completion is enclosed.

You completed all the lessons with an average grade of **95.0** percent and received **90.5** percent on your final examination. Your combined score of **93.2** percent means you received an overall rating of **Excellent**.

Best wishes to you for continued success.

Sincerely yours,

*Stacey Coar*

Stacey Coar
Assistant Program Manager

Pest Management Program/Multimedia Products
Stewart Center, Room 116 * West Lafayette, IN 47907-1586
765 494-2748 or 800 830-0269 *FAX: 765 496-2484

# Purdue University



**CENTER FOR URBAN AND INDUSTRIAL PEST MANAGEMENT**

*recognizes*

## Michael A. Poindexter

*for satisfactory completion of*

Pest Management Technology 6th Edition

11/07/2007

_____
Gary W Bennett
PROFESSOR, URBAN AND INDUSTRIAL ENTOMOLOGY

_____
HEAD, DEPARTMENT OF ENTOMOLOGY

_____
Mark A. Cooper
DEAN, OFFICE FOR CONTINUING EDUCATION AND CONFERENCES