IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 98-13 Erie |
| ) | |
| MICHAEL ANTHONY POINDEXTER ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE**

AND NOW comes the United States of America, by and through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and states as follows:

1. The defendant, Michael Poindexter filed a Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and the government's response is due on or before August 12, 2008.

2. The government needs more time to respond to the defendant's motion for reduction of sentence and requests an extension of time until August 19, 2008.

3. The defendant's attorney, Assistant Federal Public Defender Thomas Patton, has no objection to the government's request for an extension of time.

Wherefore, the government respectfully requests and an extension of time, until August 19, 2008, to respond to the defendant's motion for reduction of sentence.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


 /s/ Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362