IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 98-13 Erie |
| ) | |
| MICHAEL ANTHONY POINDEXTER ) | |

### ORDER

AND NOW, this  12th  day of August, 2008, upon consideration of the government's motion for Extension of Time to Respond to Defendant's Motion for Reduction of Sentence,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and its response is due by August 19, 2008.

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
U.S. District Court Judge